NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| 4USA LLC, | Case No. CV 25-0081-GW-AGRx |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| NAUTILUS INSURANCE GROUP, and DOES 1 through 10, inclusive, | Action Filed: 11/1/24<br>Trial: 1/6/2026 |
| Defendant. | |

Defendant Nautilus Insurance Company sued erroneously herein as Nautilus Insurance Group's ("Nautilus") Motion for Summary Judgment, or in the alternative, Motion for Summary Adjudication, came on for a hearing before the Court on July 18, 2025. After considering the moving papers, matters judicially noticed, the submitted evidence and argument of Nautilus' counsel, the Court adopted its tentative ruling as its final ruling. [Dkt. 17, 19.]

IT IS ORDERED, ADJUDGED and DECREED that:

1.   Judgment on Plaintiff 4USA, LLC's First Cause of Action for Breach

of Contract is entered in favor of Nautilus and against Plaintiff 4USA, LLC, dismissing the First Cause of Action with prejudice.

2.  Judgment on Plaintiff 4USA, LLC's Second Cause of Action for Breach of the Implied Covenant of Good Faith and Fair Dealing is entered in favor of Nautilus and against Plaintiff 4USA, LLC, dismissing the Second Cause of Action with prejudice.

3.  Judgment on Plaintiff 4USA, LLC's Third Cause of Action for Violation of California Unfair Competition Law (*Cal. Bus. & Prof. Code § 17200, et al. seq.*) is entered in favor of Nautilus and against Plaintiff 4USA, LLC, dismissing the Third Cause of Action without prejudice for lack of equitable jurisdiction.

4.  Plaintiff 4USA, LLC shall take nothing from Nautilus by reason of its Complaint filed herein.

5.  Nautilus is the prevailing party and shall recover costs in an amount to be determined.

Dated: July 24, 2025

_____
HON. GEORGE H. WU,
United States District Judge